IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM SUMMERS, #160448, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:12cv185-WHA |
| | ) |
| COMMISSIONER KIM THOMAS, et al., | ) (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been made to the Recommendation of the Magistrate Judge (Doc. #5), entered on March 20, 2012, the court ADOPTS the Recommendation, and it is hereby

ORDERED that Plaintiff's Motion to Dismiss (Doc. #4) is GRANTED, and this case is DISMISSED without prejudice on motion of the Plaintiff.

DONE this 10th day of April, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE